# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

SKYCHIEF CHIEFSTICK LEWIS,

Defendant.

CR-25-14-GF-BMM

**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**

United States Magistrate Judge Kathleen L. DeSoto entered Findings and Recommendations in this matter on February 18, 2026. (Doc. 52.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge DeSoto conducted a final revocation hearing on February 18, 2026 (Doc. 51.) The United States accused Skychief Lewis (Lewis) of violating the conditions of his supervised by: (1) failing to report to probation within 72 hours of

release from prison; (2) failing to follow the instructions of probation; and (3) using methamphetamine on February 4, 2026. (Docs. 42 and 44.)

At the revocation hearings, Lewis admitted that he had violated the conditions of supervised release as set forth in allegations 1-3 of the Amended Petition.  Judge DeSoto recommended a sentence of custody until July 8, 2026 with 30 months of supervised release to follow. (Doc. 52.) The Court advised Lewis of his right to appeal and to allocute before the undersigned. (Doc. 51.)

The violations Lewis admitted prove serious and warrant revocation of his supervised release. The Court finds no clear error in Judge DeSoto's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 215) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Skychief Chiefstick Lewis be sentenced for a term of custody until July 8, 2026 with 30 months of supervised release to follow.

DATED this 24th day of February 2026.


_____
Brian Morris, Chief District Judge
United States District Courts